# Third District Court of Appeal

## State of Florida

Opinion filed July 22, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-686
Lower Tribunal No. 11-23587
_____

**Erick Pacheco,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Bronwyn C. Miller, Judge.

Carlos J. Martinez, Public Defender, and Shannon Hemmendinger, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Nikole Hiciano, Assistant Attorney General, for appellee.

Before SALTER, LOGUE and SCALES, JJ.

PER CURIAM

Appellant Erick Pacheco appeals his conviction for lewd and lascivious molestation (Count 1 of the State's information) and for lewd and lascivious conduct (Count 3 of the State's information). We affirm Pacheco's conviction for lewd and lascivious molestation and, upon the State's proper concession of error, reverse Pacheco's conviction for lewd and lascivious conduct.

We remand the case to the trial court to vacate Pacheco's conviction for lewd and lascivious conduct (Count 3), to recalculate Pacheco's scoresheet, and to resentence Pacheco accordingly.

Affirmed in part; reversed and remanded in part.